Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3144

JAMES BLACK,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.


Michael P. Baranic, Gattey and Baranic, APLC, of San Diego, California, argued for petitioner.

Elizabeth M. Hosford, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3144

JAMES BLACK,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      SF0752080191-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, GAJARSA, <u>Circuit Judge,</u> and KENDALL,* <u>District Judge</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>December 10, 2009</u>      <u>/s/ Jan Horbaly</u>
                                   Jan Horbaly, Clerk

---

*      The Honorable Virginia M. Kendall, District Judge, of the Northern District of Illinois, sitting by designation.